**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in September 15, 2023**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-CR-00162 (RBW)** |
| **v.** | : | **VIOLATIONS:** |
| **TIMOTHY DELONTE WILLIAMS,**<br>**JAEVONN ARCHER, and**<br>**MALIK RODNEY WILLIAMS,** | : | **18 U.S.C. § 1201(c)**<br>**(Conspiracy to Commit Kidnapping)**<br>**18 U.S.C. § 1201(a)(1)**<br>**(Kidnapping)** |
| **Defendants.** | : | **18 U.S.C. § 2119**<br>**(Carjacking)**<br>**18 U.S.C. 924(c)(1)(A)(ii)**<br>**(Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence)**<br>**18 U.S.C. § 922(g)(1)**<br>**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**<br>**18 U.S.C. § 2**<br>**(Aiding and Abetting)** |
| | : | **FORFEITURE:**<br>**18 U.S.C. § 981(a)(1)(C); 18 U.S.C. § 924(d)(1); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)** |

**INDICTMENT**

The Grand Jury Charges that:

**COUNT ONE**

On or about February 24, 2024, to on or about February 25, 2024, within the District of Columbia and elsewhere, the defendants, **TIMOTHY DELONTE WILLIAMS**, **JAEVONN ARCHER**, and **MALIK RODNEY WILLIAMS**, the defendants, and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did knowingly and willfully combine, conspire,

confederate, and agree with each other to commit the offense of Kidnapping, in violation of Title 18, United States Code, Section 1201(a)(1), by unlawfully and willfully seizing, confining, kidnapping, abducting, and carrying away Y.A., and, in committing and in furtherance of the commission of the offense, used a vehicle, which is a means, facility, and instrumentality of interstate or foreign commerce, and did willfully transport Y.A. in interstate commerce between the District of Columbia, the Commonwealth of Virginia, and the State of Maryland.

**Goal of the Conspiracy**

It was the goal of the conspiracy that the co-conspirators would seize, confine, kidnap, abduct, and carry away and hold Y.A. for the purpose of robbing Y.A. of money and property.

**Manner and Means of the Conspiracy**

The defendants and their co-conspirators used the following manner and means to accomplish the object of the conspiracy:

1. It was part of the conspiracy that the co-conspirators, both known and unknown to the Grand Jury, would travel to Northwest Washington, D.C. for the purpose of meeting Y.A. under the guise of purchasing marijuana from him. The co-conspirators brought with them zip ties to bind Y.A. and duct tape to cover Y.A.'s eyes. One or more of the co-conspirators was armed with a firearm.

2. Some of the actions carried out by the co-conspirators included, among others, forcing Y.A. into the back seat of a Dodge Charger against his will, driving Y.A. to various locations in the District of Columbia, the Commonwealth of Virginia, and the State of Maryland, gaining access to and stealing numerous items from Y.A.'s residence in the Commonwealth of Virginia, transporting those stolen items to various locations throughout the District of Columbia,

the Commonwealth of Virginia, and the State of Maryland, and, when they were finished, leaving Y.A. bound with zip ties in the truck of Y.A.'s vehicle.

**Overt Acts in Furtherance of the Conspiracy**

In furtherance of the conspiracy and to effect the illegal object thereof, the co-conspirators and others, both known and unknown to the Grand Jury, committed, or caused to be committed, the following overt acts in the District of Columbia, the Commonwealth of Virginia, and the State of Maryland:

1. On or about February 24, 2024, to on or about February 25, 2024, **TIMOTHY DELONTE WILLIAMS**, arranged an in-person meeting with Y.A., under the guise of **TIMOTHY DELONTE WILLIAMS** purchasing marijuana, a Schedule I Controlled Substance, from Y.A.

2. On February 25, 2024, **TIMOTHY DELONTE WILLIAMS**, **JAEVONN ARCHER**, and **MALIK RODNEY WILLIAMS**, traveled from the State of Maryland and the Commonwealth of Virginia to meet Y.A. near 25th Street Northwest and L Street Northwest in Washington, D.C.

3. On February 25, 2024, shortly after meeting Y.A. at the aforementioned location, **TIMOTHY WILLIAMS** grabbed Y.A. in a "bearhug," while **JAEVONN ARCHER** and **MALIK RODNEY WILLIAMS** each produced a firearm, bound Y.A. with zip ties, covered his eyes, and forced him, against his will, into the back seat of a Dodge Charger.

4. On February 25, 2024, one or more of the co-conspirators, using force or threats of force, coerced Y.A. into providing the location of his residence.

5. On February 25, 2024, at least two co-conspirators drove Y.A. in the Dodge Charger to various locations in Washington, D.C., the State of Maryland, and the Commonwealth

of Virginia, including to Y.A.'s apartment in McLean, Virginia. Another co-conspirator drove a white van to Y.A.'s apartment in McLean, Virginia.

6. On February 25, 2024, **JAEVONN ARCHER**, **TIMOTHY DELONTE WILLIAMS**, **MALIK RODNEY WILLIAMS,** and other co-conspirators stole guns, personal property, and United States currency from Y.A.'s apartment and loaded the stolen property into the Dodge Charger and the white van.

7. On February 25, 2024, one or more co-conspirators used force to coerce Y.A. into providing the combination to his safe.

8. On February 25, 2024, one or more co-conspirators stole multiple firearms and over $100,000.00 from Y.A.'s safe.

9. On February 25, 2024, **JAEVONN ARCHER** transferred or caused to be transferred $1,000 from Y.A.'s Cash App, a mobile payment service account, to an account controlled by **JAEVONN ARCHER**.

10. On February 25, 2024, **JAEVONN ARCHER**, after receiving money from Y.A.'s account, transferred or caused to be transferred money to a Cash App account controlled by **TIMOTHY DELONTE WILLIAMS**.

11. On February 25, 2024, the co-conspirators drove Y.A. to District Heights, Maryland, where Y.A. was placed back into Y.A.'s car while still bound with zip ties.

12. On February 25, 2024, and after, the co-conspirators then transported the stolen items to various locations in the District of Columbia, the Commonwealth of Virginia, and the State of Maryland.

(**Conspiracy to Commit Kidnapping,** in violation of Title 18, United States Code, Section 1201(c))

## COUNT TWO

On or about February 25, 2024, within the District of Columbia and elsewhere, the defendants, **TIMOTHY DELONTE WILLIAMS, JAEVONN ARCHER,** and **MALIK RODNEY WILLIAMS** did unlawfully and willfully seize, confine, kidnap, abduct, and carry away Y.A., and, in committing and in furtherance of the commission of that offense, used a vehicle, which is a means, facility, and instrumentality of interstate or foreign commerce, and did willfully transport Y.A. in interstate commerce between the District of Columbia, the Commonwealth of Virginia, and the State of Maryland.

(**Kidnapping and Aiding and Abetting**, in violation of Title 18, United States Code, Section 1201(a)(1) and 2)

## COUNT THREE

On or about February 25, 2024, within the District of Columbia, the defendants, **TIMOTHY DELONTE WILLIAMS, JAEVONN ARCHER,** and **MALIK RODNEY WILLIAMS**, took a motor vehicle, to wit: a Mercedes GLE with a Virginia license plate, that had been transported, shipped, and received in interstate and foreign commerce from, and in the presence of Y.A. by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

(**Carjacking and Aiding and Abetting**, in violation of Title 18, United States Code, Section 2119 and 2)

## COUNT FOUR

On or about February 25, 2024, within the District of Columbia and elsewhere, the defendants, **TIMOTHY DELONTE WILLIAMS, JAEVONN ARCHER,** and **MALIK RODNEY WILLIAMS** did unlawfully and knowingly use, carry, and brandish, during and in relation to, and did possess in furtherance of, a crime of violence, for which they may be prosecuted

in a court of the United States, that is, Carjacking, as charged in Count Three of this Indictment, which is incorporated herein, a firearm.

(**Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2)

**COUNT FIVE**

On or about April 9, 2024, within the District of Columbia, **MALIK RODNEY WILLIAMS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal Case Number 2015-CF2-3203, did unlawfully and knowingly receive and possess a firearm, that is, a FNH Fifty-Seven semi-automatic pistol and did unlawfully and knowingly receive and possess ammunition, that is 5.7 x 28 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**FORFEITURE ALLEGATION**

1. Upon conviction of the offense alleged in Counts One through Four of this Indictment, the defendants, **TIMOTHY DELONTE WILLIAMS, JAEVONN ARCHER**, and **MALIK RODNEY WILLIAMS** shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(l)(C), Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to this offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C.$ 853(p), as incorporated by 28 U.S.C. § 2461(c).

(**Criminal Forfeiture**, Title 18, United States Code, Sections 981(a)(l)(C) and 924(d), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.