**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Case No.: 24-CR-162-RBW** |
| | : | |
| **TIMOTHY DELONTE WILLIAMS, et al.,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Joshua Satter, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/ *Joshua Satter*

Assistant United States Attorney
NY Bar Number: 5477112
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 834-4516
Josh.Satter@usdoj.gov